UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 07 2010
CLERK
U.S. BANKRUPTCY
By _____
Deputy Clerk

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Dennis & Lori McKoon
CASE NUMBER: 96 312 DMD

PLEASE CHECK ONE:

__✓__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| debtor(s) undeliverable | No Asset | 4642.83 |
| | 21464 | |
| | 4642.83 | ③ |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____
TOTAL: $ 4642.83

DATE: 12/5/10

TRUSTEE: [signature]

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94